## United States District Court for the Northern District of Illinois

Case Number: 08cv163     Assigned/Issued By: j. n.

Judge Name: CASTILLO     Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other _____
               [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                        Receipt #: 2446284

Date Payment Rec'd: 1-8-08              Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                             [ ] Alias Summons

[ ] Third Party Summons                 [ ] Lis Pendens

[ ] Non Wage Garnishment Summons        [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons  _____
                                        _____
[ ] Citation to Discover Assets         (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __1-8-08__ as to __DEFENDANT__
                                      (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05