IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0163 |
| | ) | |
| FAITHORN TRANSPORT, INC., | ) | JUDGE RUBEN CASTILLO |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR ORDER SETTING
A HEARING ON A RULE TO SHOW CAUSE**

NOW COME Plaintiffs, TERRENCE J. HANCOCK, *et al.*, by their attorneys, and move this Court for the entry of an Order to set a hearing on a rule to show cause why PATRICK A. BURNETT, in his capacity as an officer and agent of Defendant, should not be held in contempt of Court for failure to comply with the Court's Order of January 11, 2008.  Attached in support of this Motion is the Affidavit of Beverly P. Alfon.

/s/   Beverly P. Alfon

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I telefaxed the above-referenced document to the following non-CM/ECF participant on or before the hour of 4:00 p.m. this 5th day of March 2008:

           Mr. Patrick A. Burnett, Registered Agent
           Faithorn Transport, Inc.
           25414 S. State Street
           Crete, IL   60417
           (708) 367-0575

                                    /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\731exc\Faithorn\#20647\motion-rule.bpa.df.wpd