IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0163 |
| | ) | |
| FAITHORN TRANSPORT, INC., | ) | JUDGE RUBEN CASTILLO |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **AFFIDAVIT**

STATE OF ILLINOIS    )
                                      ) SS.
COUNTY OF COOK   )

BEVERLY P. ALFON, being first duly sworn upon oath, deposes and states as follows:

1. I am one of the attorneys for the Plaintiffs in the above-captioned action.

2. On January 8, 2008, the instant litigation was filed by Plaintiffs.

2. On January 11, 2008, this Court entered an Order requiring the Defendant to submit to an audit of its payroll books and records for the time period January 1, 2003 through the present date (a copy of the Order entered January 11, 2008 is attached hereto as Exhibit A).

3. On January 28, 2008, the Will County Sheriff's Department provided an Affidavit of Non-Service detailing failed attempts to serve Plaintiffs' Summons and Complaint on Patrick A. Burnett, the corporation's Registered Agent (a copy of the Affidavit of Non-Service is attached hereto as Exhibit B).

4. On February 5, 2008, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to the Illinois Secretary of State because the corporation's registered agent could not, with reasonable diligence, be found at the registered office of record in Illinois (a copy of the Summons and Affidavit of Compliance for Service on Secretary of State is attached hereto as Exhibit C). Therefore, Defendant's answer was due on February 25, 2008.

5. On February 22, 2008, I spoke with Registered Agent Patrick A. Burnett by telephone. Mr. Burnett confirmed his address for service of process is 25414 S. State Street, Crete, Illinois 60417. Mr. Burnett also confirmed he could be reached by telephone at (708) 906-8020.

6. After I spoke with Mr. Burnett, I sent him a copy of the Court's Order directing an audit of Defendant's payroll books and records. I informed Mr. Burnett that if he failed to schedule the audit, I would return to Court to enforce the Order. I sent the order via facsimile to (708) 367-0575 (a copy of the facsimile confirmation sheet is attached hereto as Exhibit D).

7. On that same date, I advised Plaintiffs' auditor of Defendant's address and telephone number, as confirmed by Mr. Burnett.

8. On February 26, 2008, Plaintiffs' auditor reported to me that he made three attempts to contact Mr. Burnett by telephone, left messages, but Mr. Burnett did not return the auditor's telephone calls.

9. Defendant has failed and refused to comply with the Court Order of January 11, 2008, requiring an audit of Faithorn Transport, Inc.'s payroll books and records.

10. I make this Affidavit in support of the Plaintiffs' Motion for an Order Setting a Hearing on a Rule to Show Cause.

      FURTHER AFFIANT SAYETH NOT.

                                                  /s/   Beverly P. Alfon

SUBSCRIBED AND SWORN TO  
before me this 5th  
day of March 2008.

/s/   Deborah A. Farrell  
      NOTARY PUBLIC

I:\731exc\Faithorn\#20647\alfon affidavit-rule.bpa.df.wpd