**EXHIBIT A**

Order Form (01/2005)
JAN 11 2008

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 163 | **DATE** | 1/11/2008 |
| **CASE TITLE** | Terrence J. Hancock, et al. Vs. Faithorn Transport, Inc. | | |

**DOCKET ENTRY TEXT**

After a careful review of this recently filed complaint, the Court orders that defendant Faithorn Transport, Inc. submit to an audit by Plaintiffs for the time period January 1, 2003 to the present to determine its full liability in this case. Plaintiffs should immediately proceed with service of the complaint and this order and fully exhaust all settlement possibilities for this case. Defendant should timely answer or otherwise plead to the complaint. Defendant will be given a full opportunity to contest liability or damages after the audit is completed. This case is hereby administratively dismissed without prejudice. The Court will retain jurisdiction to enforce this order and enter any appropriate final judgment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

# EXHIBIT B

```
# CASE NUMBER_____                          COUNTY SHERIFF'S OFFICE
                                                     ATTORNEY
TERRENCE HANCOCK                          BEVERLY ALFO[...]          PAID
      -VS-                                200 W ADAMS   STE 2200
PATRICK BURNETT C/O FLATHORN TRANSPORT    CHICAGO, IL 60606         JAN 14 2008
========= DESCRIPTION =========           (312) 236-4316
                                          ========= ATTEMPTED SERVICES =========
SUMMONS & COMPLAINT (Minute Order)         DATE         TIME         BADGE #
ISSUED: 1/14/08  EXPIRES: 1/29/08         1-23-08       1255         739
FEES: 74.00      SVC/DEP:                 1-25-08       1115         739
                                          1-28         0940          374
========= PERSON TO BE SERVED =========

PATRICK A BURNETT                         NOTES:
25414 S STATE ST
CRETE, IL 60417                                      Across
                                                     Crete Top Hwy
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ SUBPOENA ___ NOTICE ___ JUDGEMENT ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION. ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ___ SERVICE ON: ___ CORPORATION ___ COMPANY ___ BUSINESS by leaving a COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) _X_ THE NAMED DEFENDANT WAS NOT SERVED:
    ___ MOVED      ___ NOT LISTED         ___ RETURNED BY ATTY.  ___ EXPIRED
    _X_ NO CONTACT ___ NO SUCH ADDRESS    ___ DECEASED           ___ OTHER REASON

PERSON TO BE SERVED: PAT BURNETT
SERVING ADDRESS: 25414 So. STATE CRETE
WRIT SERVED ON: _____                  RELATIONSHIP: _____
                SEX ___ (M/F)  RACE ___  DOB ___
THIS 28th DAY OF Jan 08, 20__   TIME 0940 HOURS
PAUL J. KAUPAS, SHERIFF, BY Dep F.J. Frey 374  DEPUTY #
REMARKS: _____

GMM80141122

# EXHIBIT C

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, et al.

V.

FAITHORN TRANSPORT, INC., an Illinois corporation

CASE NUMBER:  08 C 0163

ASSIGNED JUDGE: RUBEN CASTILLO

DESIGNATED
MAGISTRATE JUDGE: MORTON DENLOW

TO: (Name and address of Defendant)

Faithorn Transport, Inc.
c/o Patrick A. Burnett, Registered Agent
25414 S. State Street
Crete, IL  60417

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: JAN 0 9 2008

| Form **BCA-5.25**<br>(Rev. Jan. 1999) | AFFIDAVIT OF COMPLIANCE<br>FOR SERVICE ON<br>SECRETARY OF STATE | File # 5932-4608 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>Telephone (217) 524-6748<br>www.cyberdriveillinois.com | **FILED**<br>FEB 0 5 2008<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br>This space for use by<br>Secretary of State<br>Date<br>Filing Fee $10.00<br>Approved: BM |
| Remit payment in check or money order, payable to "Secretary of State." | | |

1. Title of the case and number of the case:
   TERRENCE J. HANCOCK, et al.       first named plaintiff
   FAITHORN TRANSPORT, INC.          first named defendant      Number  08 C 0163

2. Name of the corporation being served: Faithorn Transport, Inc.
3. Title of the court in which an action, suit or proceeding has been commenced: U.S. District Court Northern District of Illinois
4. Title of the instrument being served: Summons and Complaint and Court Order dated 1/11/0
5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. [X] The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. [ ] The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. [ ] The corporation was dissolved on _____ (Month & Day), _____ (Year); the conditions of paragraphs (a) and (b) above exist; and the action, suit or proceeding has been instituted or has affected the corporation within 5 years thereafter.

   d. [ ] The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/(revoked) on _____ (Month & Day), _____ (Year).

   e. [ ] The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: 25414 S. State Street, Crete, IL 60417

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

   _____          January 30              2008
   Signature of Affiant              Month & Day             Year

   ( 312 ) 236-4316
   Telephone Number

**RETURN TO: PLEASE TYPE OR PRINT CLEARLY**

Beverly P. Alfon
Name
200 W. Adams Street, Suite 2200
Street
Chicago,          IL        60606-5231
City/Town         State     ZIP

C-213.8

# EXHIBIT D

## Confirmation Report – Memory Send

```
                                    Page        : 001
                                    Date & Time : 02-22-08  11:11am
                                    Line 1      : 3122360241
                                    Machine ID  : Baum Sigman
```

| | | |
|---|---|---|
| Job number | : | 336 |
| Date | : | 02-22  11:10am |
| To | : | ☏17083670575 |
| Number of pages | : | 002 |
| Start time | : | 02-22  11:10am |
| End time | : | 02-22  11:11am |
| Pages sent | : | 002 |
| Status | : | OK |
| Job number | : 336 | *** SEND SUCCESSFUL *** |

---

# FAX COVER SHEET

February 22, 2008

**TO**
Patrick Burnett
Faithorn Transport

FAX   708-367-0575

**SUBJECT**
731EXC

**FROM**
Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
TEL 312/236-4316
FAX 312/236-0241

**PAGES**
2, including this cover sheet

**COMMENTS**

Mr. Burnett:

The following is a copy of the Court order that directs your company to submit to an audit by the Teamsters 731 Welfare-Pension Funds' auditors. An auditor will be contacting you shortly to arrange for a time and date for the audit.

Please note that if your company does not comply with the Court's order, we will have not alternative but to return to Court to enforce it. If you have any questions, please contact me.

---

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE**