IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0163 |
| | ) | |
| FAITHORN TRANSPORT, INC., | ) | JUDGE RUBEN CASTILLO |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Mr. Patrick A. Burnett, Registered Agent
Faithorn Transport, Inc.
25414 S. State Street
Crete, IL  60417

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **19th** day of **March 2008** at **9:45 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Ruben Castillo, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2141, at 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Order Setting a Hearing on a Rule to Show Cause.  A copy of said motion is hereby served upon you.

/s/   Beverly P. Alfon

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I telefaxed the above-referenced document to the following non-CM/ECF participant on or before the hour of 4:00 p.m. this 5th day of March 2008:

                Mr. Patrick A. Burnett, Registered Agent
                Faithorn Transport, Inc.
                25414 S. State Street
                Crete, IL   60417
                (708) 367-0575

                              /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\731exc\Faithorn\#20647\notice of motion-rule.bpa.df.wpd

Confirmation Report – Memory Send

```
                                        Page        : 001
                                        Date & Time : 03-05-08   02:09pm
                                        Line 1      : 3122360241
                                        Machine ID  : Baum Sigman
```

| | | |
|---|---|---|
| Job number | : | 625 |
| Date | : | 03-05  02:05pm |
| To | : | ☎17083670575 |
| Number of pages | : | 020 |
| Start time | : | 03-05  02:06pm |
| End time | : | 03-05  02:09pm |
| Pages sent | : | 020 |
| Status | : | OK |
| Job number | : 625 | *** SEND SUCCESSFUL *** |

---

# FAX COVER SHEET

March 5, 2008

**TO**
Patrick A. Burnett, Registered Agent
Faithorn Transport

FAX  708-367-0575

**SUBJECT**
Terrence J. Hancock, et al.
v. Faithorn Transport, Inc.
Civil Action No. 08 C 0163

**COMMENTS**

**FROM**
Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
   TEL 312/236-4316
   FAX 312/236-0241

**PAGES**
20 , including this cover sheet

CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE