UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Terrence J Hancock, et al.
                            Plaintiff,

v.                                       Case No.: 1:08−cv−00163
                                         Honorable Ruben Castillo

Faithorn Transport, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

   MINUTE entry before Judge Honorable Ruben Castillo:Motion hearing held on 3/19/2008. Defendant is given until 4/21/2008 to obtain counsel and file a response to Plaintiff's motion for order setting a hearing on a rule to show cause [10]. The court will rule on 4/30/2008 at 9:45 AM. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.