

J.N FILED

APR 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 2 1 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**
Terrence J Hancock et al.

**Case No.** :1:08-CV-00163

**V.**

Honorable Ruben Castillo

**Defendant(s)**
Faithorn Transport inc

Responce

I can't afford a Lawyer and I have agreed to the Audit

FAITHORN TRANSPORT INC

[signature]

PATRICK A BURNETT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Terrence S Hancock et al.
PLAINTIFF

VS.

Fallhorn Transport Inc
DEFENDANT

CASE NO. 1:08-CV-00163
Honorable Ruben Castillo

## PROOF OF SERVICE

TO: Beverly P. Alfon
Attorney for Plaintiffs
Baum, Sigman Auerbach + Neuman Ltd.

TO: ______________________

TO: ______________________

I, the undersigned (plaintiff / defendant), certify that on the 21st day of April, 2008 I served a copy of this Response to each person whom it is directed by way of Mail.

[signature]

Name Patrick A Burrell

Address 25414 So State St.

City/Zip Crete 60417

708 906 8020