IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TERRENCE J. HANCOCK, et al.,           )
                                        )
              Plaintiffs,               )        CIVIL ACTION
                                        )
        vs.                             )        NO. 08 C 0163
                                        )
FAITHORN TRANSPORT, INC.,               )        JUDGE RUBEN CASTILLO
an Illinois corporation,                )
                                        )
              Defendant.                )

**NOTICE OF DISMISSAL OF PLAINTIFFS' MOTION FOR AN
ORDER SETTING A HEARING ON A RULE TO SHOW CAUSE**

TO:    Mr. Patrick A. Burnett, Registered Agent
       Faithorn Transport, Inc.
       25414 S. State Street
       Crete, IL  60417

NOW COME Plaintiffs, by and through their attorneys, and in accordance with the Federal

Rules of Civil Procedure, hereby dismiss Plaintiffs' Motion for an Order Setting a Hearing on a Rule

to Show Cause, previously filed with this Court on March 5, 2008 and scheduled for hearing before

the Honorable Ruben Castillo on Wednesday, April 30, 2008, without prejudice to the rights of

Plaintiffs.

/s/   Beverly P. Alfon

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Dismissal) with the Clerk of Court using the CM/ECF system, and further certifies that I telefaxed the above-referenced document to the following non-CM/ECF participant on or before the hour of 4:00 p.m. this 29th day of April 2008:

> Mr. Patrick A. Burnett, Registered Agent
> Faithorn Transport, Inc.
> 25414 S. State Street
> Crete, IL   60417
> (708) 367-0575

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\731exc\Faithorn\#20647\notice of dismissal-rule.bpa.df.wpd

Confirmation Report — Memory Send

Page      : 001
Date & Time: 04-29-08   02:21pm
Line 1    : 3122360241
Machine ID : Baum Sigman

| | | |
|---|---|---|
| Job number | : | 842 |
| Date | : | 04-29  02:20pm |
| To | : | ☎17083670575 |
| Number of pages | : | 003 |
| Start time | : | 04-29  02:20pm |
| End time | : | 04-29  02:21pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number      : 842                      *** SEND SUCCESSFUL ***

# FAX COVER SHEET

April 29, 2008

**TO**
Patrick A. Burnett, Registered Agent
Faithorn Transport

**FAX**  708-367-0575

**SUBJECT**
Terrence J. Hancock, et al.
v. Faithorn Transport, Inc.
Civil Action No. 08 C 0163

**FROM**
Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
TEL 312/236-4316
FAX 312/236-0241

**PAGES**
3 , including this cover sheet

**COMMENTS**

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE**