# EXHIBIT A



**SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT**

## CORPORATION FILE DETAIL REPORT

| Entity Name | FAITHORN TRANSPORT INC | File Number | 59324608 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 03/20/1997 | State | ILLINOIS |
| Agent Name | PATRICK A BURNETT | Agent Change Date | 04/14/2003 |
| Agent Street Address | 25414 S STATE ST | President Name & Address | PATRICK A BURNETT 25414 S STATE ST CRETE 60417 |
| Agent City | CRETE | Secretary Name & Address | NUALA G BURNETT SAME |
| Agent Zip | 60417 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 07/17/2008 | For Year | 2008 |

**Return to the Search Screen**

Purchase Certificate of Good Standing
(One Certificate per Transaction)

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**

# EXHIBIT B



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 163 | **DATE** | 1/11/2008 |
| **CASE TITLE** | Terrence J. Hancock, et al. Vs. Faithorn Transport, Inc. | | |

**DOCKET ENTRY TEXT**

After a careful review of this recently filed complaint, the Court orders that defendant Faithorn Transport, Inc. submit to an audit by Plaintiffs for the time period January 1, 2003 to the present to determine its full liability in this case. Plaintiffs should immediately proceed with service of the complaint and this order and fully exhaust all settlement possibilities for this case. Defendant should timely answer or otherwise plead to the complaint. Defendant will be given a full opportunity to contest liability or damages after the audit is completed. This case is hereby administratively dismissed without prejudice. The Court will retain jurisdiction to enforce this order and enter any appropriate final judgment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

08C163 Terrence J. Hancock, et al. Vs. Faithorn Transport, Inc.

Page 1 of 1

# EXHIBIT C

AO 440 (Rev. 05/00) Summons in a Civil Action

FEB 0 7 2008

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, et al.

CASE NUMBER:  08 C 0163

V.

ASSIGNED JUDGE: RUBEN CASTILLO

FAITHORN TRANSPORT, INC., an Illinois
corporation

DESIGNATED
MAGISTRATE JUDGE: MORTON DENLOW

TO: (Name and address of Defendant)

Faithorn Transport, Inc.
c/o Patrick A. Burnett, Registered Agent
25414 S. State Street
Crete, IL  60417

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

Twenty (20)

an answer to the complaint which is herewith served upon you, within _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 0 9 2008

DATE

Form **BCA-5.25**
(Rev. Jan. 1999)

**AFFIDAVIT OF COMPLIANCE
FOR SERVICE ON
SECRETARY OF STATE**

File # 5932-4608

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
Telephone (217) 524-6748
www.cyberdriveillinois.com

*Remit payment in check or money
order, payable to "Secretary of State."*

**FILED**

FEB 0 5 2008

JESSE WHITE
SECRETARY OF STATE

SUBMIT IN DUPLICATE

This space for use by
Secretary of State

Date

Filing Fee          $10.00

Approved: *[signature]*

1.  Title of the case and number of the case:
    TERRENCE J. HANCOCK, et al.

    FAITHORN TRANSPORT, INC.

    first named plaintiff

    first named defendant

    Number     08 C 0163

2.  Name of the corporation being served: Faithorn Transport, Inc.

3.  Title of the court in which an action, suit or proceeding has been commenced: U.S. District Court Northern District of

4.  Title of the instrument being served: Summons and Complaint and Court Order dated 1/11/C Illinois

5.  Basis for service on the Secretary of State (Check and complete appropriate box):

    a. [X]  The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

    b. [ ]  The corporation has failed to appoint and maintain a registered agent in Illinois.

    c. [ ]  The corporation was dissolved on _____ , _____ ; the conditions
            *(Month & Day)*            *(Year)*
            of paragraphs (a) and (b) above exist; and the action, suit or proceeding has been instituted or has affected the corporation within 5 years thereafter.

    d. [ ]  The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/ (revoked) on _____ , _____ .
            *(Month & Day)*            *(Year)*

    e. [ ]  The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6.  Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: 25414 S. State Street, Crete, IL 60417

7.  The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

    *[signature]*

    *Signature of Affiant*

    January 30          2008
    *Month & Day*        *Year*

    ( 312 )  236-4316
    *Telephone Number*

**RETURN TO: PLEASE TYPE OR PRINT CLEARLY**

Beverly P. Alfon
*Name*

200 W. Adams Street, Suite 2200
*Street*

Chicago, IL    60606-5231
*City/Town*    *State*    *ZIP*

C-213.8

# EXHIBIT D

APR 2 3 2008

20677

J.N  **FILED**

APR 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 2 1 2008

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**

Terrence J Hancock et al.

**v.**

Case No. : 1: 08·CV- 00163

Honorable Ruben Castillo

**Defendant(s)**

Faithorn Transport inc

Response

I can't afford a Lawyer and I have
agreed to the Audit

FAITHORN TRANSPORT inc

PATRICKA BURNETT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Terrence S Hancock Et al.

**PLAINTIFF**

CASE NO. *1:08-CV-00163*

*Honorable Ruben Castillo*

VS.

Fairhorn Transport Inc

**DEFENDANT**

## PROOF OF SERVICE

TO: Beverly P. Alfon
Attorney for Plaintiff
Baum, Sigman, Auerbach + Neumon LtD.

TO: _____

TO: _____

I, the undersigned (plaintiff / defendant), certify that on the 21st day of *April*, 2008
served a copy of this _Response_ to each person whom it is directed by way of
_Mail_

Name _Patrick A Burnell_

Address _25414    50    State St._

City/Zip _Crete    60417_

708  906  8020

# EXHIBIT E



# LEGACY
## PROFESSIONALS LLP
### CERTIFIED PUBLIC ACCOUNTANTS

## PAYROLL AUDIT SUMMARY

Local 731 Excavators Health and Welfare and Pension Funds

Payroll Audit Of     Faithorn Transport, Inc.

Period Covered      January 1, 2005 to December 31, 2007

|  | Health & Welfare | Pension | LMCC |
|---|---|---|---|
| Y/E Dec. 31, 2005 | 1,356.25 | 1,003.63 | 94.94 |
| Y/E Dec. 31, 2006 | 1,358.83 | 1,034.15 | 347.25 |
| Y/E Dec. 31, 2007 | 6,802.79 | 5,289.43 | 676.02 |
| Total discrepancies | 9,517.87 | 7,327.21 | 1,118.21 |
| *Liquidated Damages :      10.00% | 951.79 | 732.72 | N/A |
| Interest :  Attached schedule : | 1,432.29 | 1,089.60 | N/A |
| Audit Fee: | 936.50 | 728.39 | 69.36 |
| Total Amount due : | 12,838.45 | 9,877.92 | 1,187.57 |

*If this matter results in court proceedings liquidated damages
 will increase to 20%, which will be   $1,903.57    for the Welfare
Fund and    $1,465.44   for the Pension Fund.

# LOCAL 731 EXCAVATORS
## Health & Welfare & Pension Funds 2005

Employer Name: Faithorn Transport, Inc.
Employer #: 11144
Date Of Audit: May 1, 2008

Person Contacted: Pat Burnett
Period Covered by Audit: January 1, 2005 to December 31, 2007
Auditor(s) Name: Nick Nigliazzo

| SS # | Name | Hire Date | Term Date | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -4943 | Deridder, Chris | 10/3/05 | 11/19/05 | | | | | | | | | | 79.25 | 94 | | 173 |
| -0022 | Walls, Ronald | 10/3/05 | 10/22/05 | | | | | | | | | | 98 | | | 98 |
| | Total | | | | | | | | | | | | 177.25 | 94 | | 271 |

| Rate | 6-1-04 | 6-1-05 |
|---|---|---|
| Welfare | 4.50 | 5.00 |
| Pension | 3.30 | 3.70 |
| LMCC | | 0.35 |

### Dollar Amounts Due

| | Oct | Nov | Total |
|---|---|---|---|
| Welfare | 886.25 | 470.00 | 1,356.25 |
| Pension | 655.83 | 347.80 | 1,003.63 |
| LMCC | 62.04 | 32.90 | 94.94 |
| Total | 1,604.12 | 850.70 | 2,454.82 |

# LOCAL 731 EXCAVATORS
## Health & Welfare & Pension Funds 2006

Employer Name: Faithorn Transport, Inc.
Employer #: 11144
Date Of Audit: May 1, 2008

Person Contacted: Pat Burnett
Period Covered by Audit: January 1, 2005 to December 31, 2007
Auditor(s) Name: Nick Nigliazzo

| SS # | Name | Hire Date | Term Date | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|------|-----------|-----------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| -8908 | Bennett, Charles | 7/24/06 | 9/6/06 | | | | | | | 35.50 | 84.25 | 14.50 | | | | 134.25 |
| -1312 | Hale, Anthony | 7/2/2006 | 9/25/06 | | | | | | | 17.50 | 40.75 | 48.00 | | | | 106.25 |
| | Total | | | | | | | | | 53.00 | 125.00 | 62.50 | | | | 240.50 |

| Rate | 6-1-05 | 6-1-06 |
|------|--------|--------|
| Welfare | 5.00 | 5.65 |
| Pension | 3.70 | 4.30 |
| LMCC | 0.35 | 0.50 |

**Dollar Amounts Due**

| | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-------|
| Welfare | 299.45 | 706.25 | 353.13 | 1,358.83 |
| Pension | 227.90 | 537.50 | 268.75 | 1,034.15 |
| LMCC | 26.50 | 62.50 | 31.25 | 120.25 |
| Total | 553.85 | 1,306.25 | 653.13 | 2,513.23 |

# LOCAL 731 EXCAVATORS
## Health & Welfare & Pension Funds 2007

Employer Name: Faithorn Transport, Inc.
Employer #: 11144
Date Of Audit: May 1, 2008

Person Contacted: Pat Burnett
Period Covered by Audit: January 1, 2005 to December 31, 2007
Auditor(s) Name: Nick Nigliazzo

| SS # | Name | Hire Date | Term Date | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -6542 | Hale, Mark | 4/19/07 | 12/5/06 | | | | 20.00 | 162.75 | 167.25 | 129.25 | 122.00 | 187.00 | 157.75 | 132.50 | 42.50 | 1,121.00 |
| | Total | | | | | | 20.00 | 162.75 | 167.25 | 129.25 | 122.00 | 187.00 | 157.75 | 132.50 | 42.50 | 1,121.00 |

| Rate | 6-1-06 | 6-1-07 |
|---|---|---|
| Welfare | 5.65 | 6.15 |
| Pension | 4.30 | 4.80 |
| LMCC | 0.50 | 0.50 |
| Total | | |

Dollar Amounts Due

| | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | 113.00 | 919.54 | 1,028.59 | 794.89 | 750.30 | 1,150.05 | 970.16 | 814.88 | 261.38 | 6,802.79 |
| Pension | 86.00 | 699.83 | 802.80 | 620.40 | 585.60 | 897.60 | 757.20 | 636.00 | 204.00 | 5,289.43 |
| LMCC | 10.00 | 81.38 | 83.63 | 64.63 | 61.00 | 93.50 | 78.88 | 66.25 | 21.25 | 560.52 |
| | 209.00 | 1,700.75 | 1,915.02 | 1,479.92 | 1,396.90 | 2,141.15 | 1,806.24 | 1,517.13 | 486.63 | 12,652.74 |

# LOCAL 731 EXCAVATORS
### Health & Welfare & Pension Funds 2006

Employer Name: Faithorn Transport, Inc.
Employer #: 11144
Date Of Audit: May 1, 2008

Person Contacted: Pat Burnett
Period Covered by Audit: January 1, 2005 to December 31, 2007
Auditor(s) Name: Nick Ngiazzo

| SS # | Name | Hire Date | Term Date | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | rate difference | | | | | | | | | | | | | | | |
| | .25 for 5/06 | | | | | | | 120.00 | 90.00 | 100.00 | 110.00 | 110.00 | 110.00 | 110.00 | | 750.00 |
| | .40 for 6/06 - 9/06 | | | | | | | | | | | | | | | |
| | .15 for 10/06 - 11/06 | | | | | | | | | | | | | | | |
| | **Total** | | | | | | | 120.00 | 90.00 | 100.00 | 110.00 | 110.00 | 110.00 | 110.00 | | 750.00 |

Dollar Amounts Due

| Rate | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LMCC | 0.25 | | | | | 30.00 | | | | | | | | 30.00 |
| LMCC | 0.40 | | | | | | 36.00 | 40.00 | 44.00 | 44.00 | | | | 164.00 |
| LMCC | 0.15 | | | | | | | | | | 16.50 | 16.50 | | 33.00 |
| **Total** | | | | | | 30.00 | 36.00 | 40.00 | 44.00 | 44.00 | 16.50 | 16.50 | | 227.00 |

# LOCAL 731 EXCAVATORS
### Health & Welfare & Pension Funds 2007

Employer Name: Faithorn Transport, Inc.
Employer #: 11144
Date Of Audit: May 1, 2008

Person Contacted: Pat Burnett
Period Covered by Audit: January 1, 2005 to December 31, 2007
Auditor(s) Name: Nick Nigliazzo

| SS # | Name | Hire Date | Term Date | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | rate difference | | | | | | | | | | | | | | | 770.00 |
| | 15 for 5/07 - 11/07 | | | | | | | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | | |
| | Total | | | | | | | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | | 770.00 |

Dollar Amounts Due

| | | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LMCC | 0.15 | | | | | | | 16.50 | 16.50 | 16.50 | 16.50 | 16.50 | 16.50 | 16.50 | | 115.50 |
| | Total | | | | | | | 16.50 | 16.50 | 16.50 | 16.50 | 16.50 | 16.50 | 16.50 | | 115.50 |

## Schedule of Compound Interest
### Health and Welfare Fund

Employer    Faithorn Transport, Inc.                                    Page 1 of 2

Employer #  11144

| Y/E 12/31/05 | Beginning Balance | Discrepancies | Rate | Interest | Ending Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | | |
| Jan | | | 1.00% | | |
| Feb | | | 1.00% | | |
| Mar | | | 1.00% | | |
| Apr | | | 1.00% | | |
| May | | | 1.00% | | |
| Jun | | | 1.00% | | |
| Jul | | | 1.00% | | |
| Aug | | | 1.00% | | |
| Sep | | | 1.00% | | |
| Oct | | | 1.00% | | |
| Nov | | 886.25 | 1.00% | 8.86 | 895.11 |
| Dec | 895.11 | 470.00 | 1.00% | 13.65 | 1,378.76 |
| Total | | 1,356.25 | | 22.51 | |

| Y/E 12/31/06 | Beginning Balance | Discrepancies | Rate | Interest | Ending Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | | 1,378.76 |
| Jan | 1,378.76 | | 1.00% | 13.79 | 1,392.55 |
| Feb | 1,392.55 | | 1.00% | 13.93 | 1,406.48 |
| Mar | 1,406.48 | | 1.00% | 14.06 | 1,420.54 |
| Apr | 1,420.54 | | 1.00% | 14.21 | 1,434.75 |
| May | 1,434.75 | | 1.00% | 14.35 | 1,449.10 |
| Jun | 1,449.10 | | 1.00% | 14.49 | 1,463.59 |
| Jul | 1,463.59 | | 1.00% | 14.64 | 1,478.23 |
| Aug | 1,478.23 | 299.45 | 1.00% | 17.78 | 1,795.46 |
| Sep | 1,795.46 | 706.25 | 1.00% | 25.02 | 2,526.73 |
| Oct | 2,526.73 | 353.13 | 1.00% | 28.80 | 2,908.66 |
| Nov | 2,908.66 | | 1.00% | 29.09 | 2,937.75 |
| Dec | 2,937.75 | | 1.00% | 29.38 | 2,967.13 |
| Total | | 1,358.83 | | 229.54 | |

## Schedule of Compound Interest
### Health and Welfare Fund

Employer    Faithorn Transport, Inc.                          Page 2 of 2

Employer #  11144

| Y/E 12/31/07 | Beginning Balance | Discrepancies | Rate | Interest | Ending Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | | 2,967.13 |
| Jan | 2,967.13 | | 1.00% | 29.67 | 2,996.80 |
| Feb | 2,996.80 | | 1.00% | 29.97 | 3,026.77 |
| Mar | 3,026.77 | | 1.00% | 30.27 | 3,057.04 |
| Apr | 3,057.04 | | 1.00% | 30.57 | 3,087.61 |
| May | 3,087.61 | 113.00 | 1.00% | 32.01 | 3,232.62 |
| Jun | 3,232.62 | 919.54 | 1.00% | 41.52 | 4,193.68 |
| Jul | 4,193.68 | 1,028.59 | 1.00% | 52.22 | 5,274.49 |
| Aug | 5,274.49 | 794.89 | 1.00% | 60.69 | 6,130.07 |
| Sep | 6,130.07 | 750.30 | 1.00% | 68.80 | 6,949.17 |
| Oct | 6,949.17 | 1,150.05 | 1.00% | 80.99 | 8,180.21 |
| Nov | 8,180.21 | 970.16 | 1.00% | 91.50 | 9,241.87 |
| Dec | 9,241.87 | 814.88 | 1.00% | 100.57 | 10,157.32 |
| Total | | 6,541.41 | | 648.78 | |

| Y/E 12/31/08 | Beginning Balance | Discrepancies | Rate | Interest | Ending Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | | 10,157.32 |
| Jan | 10,157.32 | 261.38 | 1.00% | 104.19 | 10,522.89 |
| Feb | 10,522.89 | | 1.00% | 105.23 | 10,628.12 |
| Mar | 10,628.12 | | 1.00% | 106.28 | 10,734.40 |
| Apr | 10,734.40 | | 1.00% | 107.34 | 10,841.74 |
| May | 10,841.74 | | 1.00% | 108.42 | 10,950.16 |
| Jun | | | | | |
| Jul | | | | | |
| Aug | | | | | |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |
| Total | | 261.38 | | 531.46 | |

| Totals | | 9,517.87 | | 1,432.29 | 10,950.16 |
|---|---|---|---|---|---|

## Schedule of Compound Interest
### Pension  Fund

Employer    Faithorn Transport, Inc.                                   Page 1 of 2

Employer #  11144

| Y/E 12/31/05 | Beginning Balance | Discrepancies | Rate | Interest | Ending Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | | |
| Jan | | | 1.00% | | |
| Feb | | | 1.00% | | |
| Mar | | | 1.00% | | |
| Apr | | | 1.00% | | |
| May | | | 1.00% | | |
| Jun | | | 1.00% | | |
| Jul | | | 1.00% | | |
| Aug | | | 1.00% | | |
| Sep | | | 1.00% | | |
| Oct | | | 1.00% | | |
| Nov | | 655.83 | 1.00% | 6.56 | 662.39 |
| Dec | 662.39 | 347.80 | 1.00% | 10.10 | 1,020.29 |
| Total | | 1,003.63 | | 16.66 | |

| Y/E 12/31/06 | Beginning Balance | Discrepancies | Rate | Interest | Ending Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | | 1,020.29 |
| Jan | 1,020.29 | | 1.00% | 10.20 | 1,030.49 |
| Feb | 1,030.49 | | 1.00% | 10.30 | 1,040.79 |
| Mar | 1,040.79 | | 1.00% | 10.41 | 1,051.20 |
| Apr | 1,051.20 | | 1.00% | 10.51 | 1,061.71 |
| May | 1,061.71 | | 1.00% | 10.62 | 1,072.33 |
| Jun | 1,072.33 | | 1.00% | 10.72 | 1,083.05 |
| Jul | 1,083.05 | | 1.00% | 10.83 | 1,093.88 |
| Aug | 1,093.88 | 227.90 | 1.00% | 13.22 | 1,335.00 |
| Sep | 1,335.00 | 537.50 | 1.00% | 18.73 | 1,891.23 |
| Oct | 1,891.23 | 268.75 | 1.00% | 21.60 | 2,181.58 |
| Nov | 2,181.58 | | 1.00% | 21.82 | 2,203.40 |
| Dec | 2,203.40 | | 1.00% | 22.03 | 2,225.43 |
| Total | | 1,034.15 | | 170.99 | |

## Schedule of Compound Interest
### Pension Fund

Employer    Faithorn Transport, Inc.                                          Page 2 of 2

Employer #  11144

| Y/E 12/31/07 | Beginning Balance | Discrepancies | Rate | Interest | Ending Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | | 2,225.43 |
| Jan | 2,225.43 | | 1.00% | 22.25 | 2,247.68 |
| Feb | 2,247.68 | | 1.00% | 22.48 | 2,270.16 |
| Mar | 2,270.16 | | 1.00% | 22.70 | 2,292.86 |
| Apr | 2,292.86 | | 1.00% | 22.93 | 2,315.79 |
| May | 2,315.79 | 86.00 | 1.00% | 24.02 | 2,425.81 |
| Jun | 2,425.81 | 699.83 | 1.00% | 31.26 | 3,156.90 |
| Jul | 3,156.90 | 802.80 | 1.00% | 39.60 | 3,999.30 |
| Aug | 3,999.30 | 620.40 | 1.00% | 46.20 | 4,665.90 |
| Sep | 4,665.90 | 585.60 | 1.00% | 52.52 | 5,304.02 |
| Oct | 5,304.02 | 897.60 | 1.00% | 62.02 | 6,263.64 |
| Nov | 6,263.64 | 757.20 | 1.00% | 70.21 | 7,091.05 |
| Dec | 7,091.05 | 636.00 | 1.00% | 77.27 | 7,804.32 |
| Total | | 5,085.43 | | 493.46 | |

| Y/E 12/31/08 | Beginning Balance | Discrepancies | Rate | Interest | Ending Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | | 7,804.32 |
| Jan | 7,804.32 | 204.00 | 1.00% | 80.08 | 8,088.40 |
| Feb | 8,088.40 | | 1.00% | 80.88 | 8,169.28 |
| Mar | 8,169.28 | | 1.00% | 81.69 | 8,250.97 |
| Apr | 8,250.97 | | 1.00% | 82.51 | 8,333.48 |
| May | 8,333.48 | | 1.00% | 83.33 | 8,416.81 |
| Jun | | | | | |
| Jul | | | | | |
| Aug | | | | | |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |
| Total | | 204.00 | | 408.49 | |

| Totals | | 7,327.21 | | 1,089.60 | 8,416.81 |
|---|---|---|---|---|---|

# EXHIBIT F

# BAUM SIGMAN AUERBACH & NEUMAN, LTD.
**Attorneys and Counsellors**



200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
312.236.4316
Fax 312.236.0241

**Beverly P. Alfon**

June 13, 2008

E-mail Address:
balfon@baumsigman.com

Mr. Patrick A. Burnett
Faithorn Transport, Inc.
25414 S. State Street
Crete, IL  60417

      Re:   Terrence J. Hancock, *et al.* v. Faithorn Transport, Inc.
             Civil Action No. 08 C 0163
             Our File No. 20647

Dear Mr. Burnett:

As you know, Legacy Professionals, LLP conducted an audit of your company's payroll books and records for the period of January 1, 2005 through December 31, 2007. A copy of the audit report is enclosed for your reference. As you can see from the payroll audit summary, $12,838.45 is due to the Health and Welfare Fund and an additional $9,877.92 is due to the Pension Fund. In addition, to date, the Funds have incurred $1,940 in attorneys' fees and $649.00 in costs in enforcing your reporting and contribution obligations.

If you would like to resolve this matter before litigation proceeds in the current lawsuit, please submit the following to my office by Monday, June 23, 2008: (1) payment by check made payable to the Teamsters 731 Welfare Fund in the amount of $14,132.95; (2) payment by check made payable to the Teamsters Local 731 Pension Fund in the amount of $11,172.42. Otherwise, we will immediately resume action in court to obtain judgment against your company. In addition, the Trustees will increase the liquidated damages to twenty (20%) percent.

This matter requires your immediate attention. If you have any questions, please contact me.

           Very truly yours,

           BAUM SIGMAN AUERBACH & NEUMAN, LTD.

           Beverly P. Alfon

BPA/ww
Enclosure
cc:    William D. Woldman
I:\731exc\Faithorn\#20647\burnett 06-13-08.bpa.ww.wpd