IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0163 |
| | ) | |
| FAITHORN TRANSPORT, INC., | ) | JUDGE RUBEN CASTILLO |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   Mr. Patrick A. Burnett, Registered Agent
      Faithorn Transport, Inc.
      25414 S. State Street
      Crete, IL   60417

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **20th** day of **August 2008** at **9:45 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Ruben Castillo, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2141, at 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion To Reopen Case and for Entry of Default and Judgment.  A copy of said motion is hereby served upon you.

                                        /s/   Beverly P. Alfon

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of August 2008:

        Mr. Patrick A. Burnett, Registered Agent
        Faithorn Transport, Inc.
        25414 S. State Street
        Crete, IL   60417


        /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\731exc\Faithorn\#20647\notice of motion-judgment.bpa.df.wpd