# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 163 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Terrence J. Hancock, et al. Vs. Faithorn Transport, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/20/2008. Plaintiffs' motion to reopen case and for entry of default and judgment [17] is granted. Enter Judgment Order. Judgment is entered in favor of the Plaintiffs and against Defendant, Faithorn Transport, Inc. in the total amount of $26,342.37. The Court will retain jurisdiction to enforce the Judgment Order.

■ [For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: RO